IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JULIANNE R. PICKETT-PILTZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-685-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the decision of defendant Michael J. Astrue denying plaintiff Julianne R. Pickett-Piltz's application for Disability Insurance Benefits is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) on the ground that the administrative law judge failed to meet his burden at step five and affirmed in all other respects.

By: *L. Jensen, Deputy Clerk*
    Peter Oppeneer, Clerk of Court

JUN 2 1 2010
    Date