IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JULIANNE R. PICKETT-PILTZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-685-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Julianne R. Pickett-Piltz against defendant Michael J. Astrue awarding plaintiff attorney fees under the Equal Access to Justice Act in the amount of $7,000.00.

By: _____, Deputy Clerk     10-25-10
    Peter Oppeneer, Clerk of Court                      Date